# United States District Court
# For The Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Stanley Benton, | |
|     Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | 3:11cv419 |
| Daniel Bailey, Sheriff of Mecklenburg County, | |
|     Defendant(s). | |

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2012 Order.

                                                         Signed: May 25, 2012

                                                         */s/ Frank G. Johns*
                                                         Frank G. Johns, Clerk
                                                         United States District Court