# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Stanley Benton,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                  3:11cv419

Daniel Bailey, Sheriff of
Mecklenburg County,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2012 Order.

                                          Signed: May 25, 2012

Frank G. Johns, Clerk
United States District Court